AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| JILL MUZZARELLI )<br>*Plaintiff* )<br>v. ) Case No. 1:15-cv--1169-JBM-JEH<br>UNITED PARCEL SERVICE, INC. )<br>*Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jill Muzzarelli

Date:  01/05/2016

*Attorney's signature*

Patrick J. Jennetten #6275198
*Printed name and bar number*

Law Office of Patrick Jennetten, P.C.
4711 N. Prospect Road
Peoria Heights, IL 61616
*Address*

pjjennetten@law-pj.com
*E-mail address*

(309) 839-8514
*Telephone number*

(309) 966-4872
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JILL MUZZARELLI | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-cv--1169-JBM-JEH |
| UNITED PARCEL SERVICE, INC. | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on 01/05/2016, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Scott C. Bentivenga, 550 W. Adams St., Ste. 300, Chicago, IL  60661,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

.

*Attorney's signature*

Patrick J. Jennetten #6275198
*Printed name and bar number*

Law Office of Patrick Jennetten, P.C.
4711 N. Prospect Road
Peoria Heights, IL 61616
*Address*

pjjennetten@law-pj.com
*E-mail address*

(309) 839-8514
*Telephone number*

(309) 966-4872
*Fax number*